FILED
APR 27 2018
Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Criminal Case No. 1:17-CR-00110 (CRC) |
| : | |
| UKA UCHE,   : | |
| Defendant. : | |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

I.  Summary of the Plea Agreement

Uka Uche agrees to admit guilt and enter a plea of guilty to Count One of the Indictment, which charges him with Conspiracy to Commit Theft of Trade Secrets. 18 U.S.C. § 1832.

Elements of the Offense

The essential elements of the offense of Conspiracy to Commit Theft of Trade Secrets, in violation of 18 U.S.C. § 1832, each of which the government must prove beyond a reasonable doubt, are:

1.  That an agreement existed between two or more persons to commit the crime of theft of trade secrets;

2.  That the defendant intentionally joined in that agreement;

3.  That the defendant knew the purpose of the agreement was to steal and transmit trade secrets without authorization to do so; and

4.  That one or more members of the conspiracy do any act to effect the object of the conspiracy.

The essential elements of the underlying offense of Theft of Trade Secrets, in violation of 18 U.S.C. § 1832, are:

1. That the defendant transmitted information from Company A, as alleged in the Indictment;

2. The transmitted information was a trade secret; and

3. The defendant knew the information was proprietary.

III.     <u>Brief Statement of the Facts</u>

The following statement of facts does not purport to include all of the defendant's illegal conduct during the course of the conspiracy. Nor does it purport to be an inclusive recitation of all that the defendant heard, knew, or witnessed concerning the illegal activities of himself or those of his co-conspirators. It is intended to represent sufficient information for the Court to find a factual basis for accepting the defendant's guilty plea.

The government's evidence includes, but is not limited to, the following:

Uka Uche is a naturalized U.S. citizen who was employed by Company A as an Operations Systems Specialist. At Company A, Uche had access to proprietary and trade secret data beginning in or about 2008.

In or about January 2015, co-defendant Samuel Ogoe, a former employee at Company A, called Uche and asked him for information for some of the processes used to make Company A's products. Ogoe stated he was trying to make the same product for CBMI. Uche, from his Company A email account, sent Trade Secret 2 to his personal email account. On January 14, 2015, Uche, from his personal email account, emailed Ogoe at Ogoe's CBMI email account Trade Secret 2.

Trade Secret 2 contained the density of different 10mm macrospheres, including the performance of specific spheres pulled from a specific batch. Company A tested spheres for diameter and weight, with the results averaged to represent the entire batch. Company A density calculations would provide a competitor key information about the performance of a certain batch of Company A's macrospheres, and benchmarks to meet in the production of the competitor's macrospheres. Access to such density calculations at Company A was password protected and restricted to a small number of Company A employees.

On or about January 30, 2015, Uche sent an email from his personal email account to Ogoe at Ogoe's CBMI email account with the subject "Test procedure." Attached to the email was Trade Secret 3. Trade Secret 3 was the Standard Operating Procedures ("SOP") for Hydrostatic Pressure Testing. Company A's SOP for hydrostatic testing, a necessary quality control measure, was a trade secret.

                                              Respectfully Submitted

                                              Jessie K. Liu
                                              United States Attorney

BY: _____
                                              Jeffrey Pearlman
                                              Michael J. Romano
                                              Assistant United States Attorneys

DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer, understand it, and agree that it is true and accurate. While it is not a complete recitation of all that I did or all that I know, it represents some of my conduct and some of my knowledge concerning my own involvement in illegal activity as well as the activities of some of my co-conspirators. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 4-27-2018

_____
Uka Uche


ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this factual proffer, reviewed them with my client, and discussed it with my client.

Date: 4/27/18

_____
Pleasant Brodnax, Esquire
Counsel for Defendant